# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>TRUJILLO, Semira Alyssa<br><br>　　　　　　　Defendant. | Case No.: **21-MJ-1756**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about May 02, 2021, within the Southern District of California, Semira Alyssa TRUJILLO, did knowingly and intentionally import approximately 32.14 kilograms (70.85 pounds), of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Matthew Guidera
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 3rd day of May 2021.

_William V. Gallo_
HON WILLIAM V. GALLO
U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

On May 2, 2021, at approximately 03:30 AM, Semira Alyssa TRUJILLO, ("TRUJILLO"), a United States citizen applied for entry into the United States from Mexico through the San Ysidro Port of Entry vehicle lanes. TRUJILLO was the driver, and sole occupant of a 2005 Chrysler 300 ("the vehicle") bearing California license plates.

A Customs and Border Protection Officer received two negative Customs declarations from TRUJILLO. TRUJILLO stated she was crossing the border to go to National City, California.

A Canine Enforcement Team was conducting secondary inspection operations when the Human and Narcotic Detection Dog alerted to the front passenger side of the vehicle. The Canine Enforcement Officer then lifted the carpet liner of the vehicle floor and discovered plastic wrapped packages concealed within the vehicle floor.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the driver and passenger side flooring, front and back of the vehicle.

Further inspection of the vehicle resulted in the discovery of 15 packages concealed in the vehicle floor of the vehicle, with a total approximate weight of

32.14 kgs (70.86 lbs). A sample of the substance contained within the packages field tested positive for the characteristics of methamphetamine.

TRUJILLO was placed under arrest at approximately 07:30 AM.

During a post-Miranda interview, TRUJILLO denied knowledge that the narcotics were in the vehicle. TRUJILLO stated that she was coming from her boyfriend's family's house. TRUJILLO later changed her story and stated that she was forced to cross the vehicle by unknown people. TRUJILLO claimed that she did not know what was in the car and that it could have possibly been a dead body, or guns for all she knew. TRUJILLO again stated that she did not know who could have placed the drugs in her car. TRUJILLO later stated that she did know who could have placed the narcotics into the vehicle. TRUJILLO claimed that she is not a snitch and would not give up any names. TRUJILLO stated that she knew who it could have been because she has a friend who drives "stuff" across the border for them.

TRUJILLO was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.